# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: James Alfred Cruz  
                Debtor(s)

BK NO. 24-00727 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Philadelphia Federal Credit Union and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
03 Apr 2024, 11:41:14, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322