Fill in this information to identify the case:
Debtor 1     James Alfred Cruz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   24-00727 MJC

Form 4100R

# Response to Notice of Final Cure Payment                                        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**   Philadelphia Federal Credit Union           **Court claim no.** (if known):   2

**Last 4 digits** of any number you use to identify the debtor's account:   0124
**Property address:**
151 Legion Road
Bloomsburg, PA 17815

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.   ** Creditor agrees $673.57 towards the pre-petition arrears was received from the Trustee prior to the Order for Relief entered 11/04/24.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ 39,117.02 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 222.86 |
| c. | **Total.** Add lines a and b. | (c) | $ 39,339.88 |

Creditor asserts that the debtor(s) are contractually obligated for   03 / 01 / 2023
the postpetition payment(s) that first became due on:

Form 4100R                              Response to Notice of Final Cure Payment                               page 1

Document ID: 25dc2ec3d6f3269defc5d2d17b560ab292a639070e76413e228239dcc18cd1bf
Case 5:24-bk-00727-MJC    Doc 43    Filed 04/10/25    Entered 04/10/25 13:50:48    Desc
Main Document    Page 1 of 11

| Debtor(s) | James Alfred Cruz | | Case Number (if known): 24-00727 MJC |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

×/s/     Date    04/09/2025
Denise Carlon
09 Apr 2025, 16:32:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R          Response to Notice of Final Cure Payment          page 2

Case 5:24-bk-00727-MJC    Doc 43    Filed 04/10/25    Entered 04/10/25 13:50:48    Desc
Main Document    Page 2 of 11
Document ID: 25dc2ec3d6f3269defc5d2d17b560ab292a639070e784f3e228239dcct8cdfbf

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Alfred Cruz<br>　　　　　　　　　　　Debtor(s)<br><br>Philadelphia Federal Credit Union<br>　　　　　　　　　　　Movant<br>vs.<br><br>James Alfred Cruz<br>　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　Trustee | BK NO. 24-00727 MJC<br><br>Chapter 13<br><br>Related to Claim No. 2 |

CERTIFICATE OF SERVICE
RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 10, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
James Alfred Cruz
151 Legion Road
Bloomsburg, PA 17815

Attorney for Debtor(s) (via ECF)
Charles Laputka, Esq.
Laputka Law Offices
1344 W. Hamilton Street
Allentown, PA 18102

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>April 10, 2025</u>

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ **Denise Carlon**</u>
　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com

# Account History:

| Borrower: | CRUZ,DARLENE Q | Address: | 151 LEGION ROAD | Prin Bal: | $181,442.16 | Investor Type: | |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | CRUZ,JAMES A | City: | BLOOMSBURG | Add Prin Bal: | $0.00 | Investor #: | |
| Due Date: | 03/01/2023 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | |
| Last Pmt Appd On: | 09/27/2024 | Zip Code: | 17815 | Total Pmt Amt: | $1,464.51 | PLS Client ID: | |

## Request Criteria: Type = All, Date Range = From 04/04/2024 To 04/04/2025

Row Count = 48

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Escrow Advance | 04/03/2025 | 03/01/2023 | $1,608.84 | | | $1,608.84 | | $9,890.11 | | | | | |
| City Tax Disbursement | 04/03/2025 | 04/01/2025 | -$1,608.84 | | | -$1,608.84 | -$1,608.84 | $8,281.27 | | | | | |
| Property Pres Corp Adv | 03/05/2025 | | | | | | | $8,281.27 | | $20.00 | | | |
| Misc Default Exp Corp Adv | 03/03/2025 | | | | | | | $8,281.27 | | $12.40 | | | |
| Late Charge Assessed | 02/18/2025 | 03/01/2023 | | | | | | $8,281.27 | | | -$47.62 | | |
| Property Pres Corp Adv | 02/06/2025 | | | | | | | $8,281.27 | | $20.00 | | | |
| Late Charge Assessed | 01/17/2025 | 03/01/2023 | | | | | | $8,281.27 | | | -$47.62 | | |
| Property Pres Corp Adv | 01/06/2025 | | | | | | | $8,281.27 | | $20.00 | | | |
| Late Charge Assessed | 12/17/2024 | 03/01/2023 | | | | | | $8,281.27 | | | -$47.62 | | |
| Statutory Exp Corp Adv | 12/12/2024 | | | | | | | $8,281.27 | | $0.97 | | | |
| Statutory Exp Corp Adv | 12/12/2024 | | | | | | | $8,281.27 | | $0.97 | | | |
| Attorney Corp Advance | 12/12/2024 | | | | | | | $8,281.27 | | $125.00 | | | |
| Property Pres Corp Adv | 12/02/2024 | | | | | | | $8,281.27 | | $20.00 | | | |
| Escrow Advance Repymt | 11/19/2024 | 03/01/2023 | | | | -$364.41 | | $8,281.27 | | | | | |
| Funds Application | 11/19/2024 | 03/01/2023 | | | | $364.41 | $364.41 | $8,645.68 | -$364.41 | | | | |
| Statutory Exp Corp Adv | 10/04/2024 | | | | | | | $8,645.68 | | $199.00 | | | |
| Statutory Exp Corp Adv | 10/04/2024 | | | | | | | $8,645.68 | | $3.71 | | | |
| Statutory Exp Corp Adv | 10/04/2024 | | | | | | | $8,645.68 | | $3.71 | | | |
| Attorney Corp Advance | 10/04/2024 | | | | | | | $8,645.68 | | $1,050.00 | | | |
| Restricted Corp Adv Adj | 10/02/2024 | | -$20.00 | | | | | $8,645.68 | | -$20.00 | | | |
| Restricted Corp Adv Adj | 10/02/2024 | | $20.00 | | | | | $8,645.68 | | $20.00 | | | |
| Escrow Advance Repymt | 09/27/2024 | 02/01/2023 | | | | -$512.07 | | $8,645.68 | | | | | |
| Funds Application | 09/27/2024 | 02/01/2023 | | $346.48 | $605.96 | $512.07 | $512.07 | $9,157.75 | -$1,464.51 | | | | |
| Funds Application | 09/26/2024 | 02/01/2023 | $419.40 | | | | | $9,157.75 | $419.40 | | | | |
| Property Pres Corp Adv | 09/05/2024 | | | | | | | $9,157.75 | | $20.00 | | | |
| Restricted Corp Adv Adj | 08/28/2024 | | -$120.00 | | | | | $9,157.75 | | -$120.00 | | | |
| Restricted Corp Adv Adj | 08/28/2024 | | $120.00 | | | | | $9,157.75 | | $120.00 | | | |
| Funds Application | 08/27/2024 | 02/01/2023 | $254.17 | | | | | $9,157.75 | $254.17 | | | | |
| Misc Corporate Adv Disb | 08/23/2024 | | | | | | | $9,157.75 | | $10.00 | | | |
| Property Pres Corp Adv | 08/05/2024 | | | | | | | $9,157.75 | | $20.00 | | | |
| Escrow Advance | 08/01/2024 | 02/01/2023 | $2,575.26 | | | $2,575.26 | | $9,157.75 | | | | | |
| Consolidated Tax Disb | 08/01/2024 | 08/01/2024 | -$2,575.26 | | | -$2,575.26 | -$2,575.26 | $6,582.49 | | | | | |
| Property Pres Corp Adv | 07/09/2024 | | | | | | | $6,582.49 | | $20.00 | | | |
| Attorney Corp Advance | 06/07/2024 | | | | | | | $6,582.49 | | $750.00 | | | |
| Escrow Advance Repymt | 05/28/2024 | 01/01/2023 | | | | -$512.07 | | $6,582.49 | | | | | |
| Funds Application | 05/28/2024 | 01/01/2023 | | $345.33 | $607.11 | $512.07 | $512.07 | $7,094.56 | -$1,464.51 | | | | |
| Funds Application | 05/24/2024 | 01/01/2023 | $40.49 | | | | | $7,094.56 | $40.49 | | | | |
| Funds Application | 05/24/2024 | 01/01/2023 | $1,464.51 | | | | | $7,094.56 | $1,464.51 | | | | |
| Misc Corporate Adv Disb | 05/20/2024 | | | | | | | $7,094.56 | | $10.00 | | | |
| Escrow Advance | 05/08/2024 | 01/01/2023 | $2,924.17 | | | $2,924.17 | | $7,094.56 | | | | | |

| Description | Date | Date 2 | Amount 1 | Col A | Col B | Amount 2 | Amount 3 | Balance | Col C | Col D | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hazard Ins Disbursement | 05/08/2024 | 05/01/2024 | -$2,924.17 | | | -$2,924.17 | -$2,924.17 | $4,170.39 | | | | | |
| Escrow Advance Repymt | 04/23/2024 | 12/01/2022 | | | | -$515.13 | | $4,170.39 | | | | | |
| Funds Application | 04/23/2024 | 12/01/2022 | | $344.18 | $608.26 | $515.13 | $515.13 | $4,685.52 | -$1,467.57 | | | | |
| Attorney Corp Advance | 04/18/2024 | | | | | | | $4,685.52 | | $450.00 | | | |
| Escrow Advance | 04/05/2024 | 12/01/2022 | $1,608.84 | | | $1,608.84 | | $4,685.52 | | | | | |
| City Tax Disbursement | 04/05/2024 | 04/01/2024 | -$1,608.84 | | | -$1,608.84 | -$1,608.84 | $3,076.68 | | | | | |
| Funds Application | 04/05/2024 | 12/01/2022 | $82.43 | | | | | $3,076.68 | $82.43 | | | | |
| Funds Application | 04/05/2024 | 12/01/2022 | $1,467.57 | | | | | $3,076.68 | $1,467.57 | | | | |

**U.S. Bankruptcy Court**

**Middle District of Pennsylvania**

Notice of Electronic Claims Filing

The following transaction was received from Farrington, Michael on 5/30/2024 at 2:28 PM EDT

File another claim

| | |
|---|---|
| **Case Name:** | James Alfred Cruz |
| **Case Number:** | 5:24-bk-00727-MJC |
| **Creditor Name:** | Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618 |
| **Claim Number:** | 2   Claims Register |
| **Amount Claimed:** | $195,004.58 |
| **Amount Secured:** | $195004.58 |
| **Amount Priority:** | |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Cruz 24-00727 POC1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=5/30/2024] [FileNumber=18039777-0] [1c2b4d8f4918e895a24a085265741d6955f79c02417062fa616699721e917848cf6a7055b765bfdb7a6c3afd0fac70a2bd24862c7eb25c318d060c33999026c8]]
**Document description:** Exhibit 410a
**Original filename:** C:\fakepath\Cruz 24-00727 POC 410a.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=5/30/2024] [FileNumber=18039777-1] [b4f38d6edb7bd5a1293a2f3c788f8b64731aa065b9b321962b5c96e0f3fe20ca7145b01c2f4a29dcdddbde1ec4249a6a91fff52fd80c73c170aab188f61bbc17]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\Cruz 24-00727 POC cos.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=5/30/2024] [FileNumber=18039777-2] [3c59e651245524607b35c106814bc981c3d5d9f345b25abbd787e37ff2c4e400223383aabde7d970bb8816ad878306b66e424c899e335c5ff32cd1ebf7a0ae8d]]
**Document description:** Exhibit escrow
**Original filename:** C:\fakepath\Cruz 24-00727 POC ea.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=5/30/2024] [FileNumber=18039777-3] [170f7b0282e3b685901c415dca38bc630491b997c1cbf6e994889fac6d992a16db36834041765dbe0448e4d57ddde4f109dfeceb1b99b967b4d463cd0c0434c9]]
**Document description:** Exhibit loan docs
**Original filename:** C:\fakepath\Cruz 24-00727 POC loan docs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=5/30/2024] [FileNumber=18039777-4] [62455023f114c62db826f5d971ff3b7c06f9121d94cb8fcc1f43e9a4e122de05c400ecd28ffd427a4de0ba41f4f383c20ad5767516a0ddf7675af7131d02fced]]

**5:24-bk-00727-MJC Notice will be electronically mailed to:**

Michael Patrick Farrington on behalf of Creditor Philadelphia Federal Credit Union
mfarrington@kmllawgroup.com

Charles Laputka on behalf of Debtor 1 James Alfred Cruz
claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

William J Levant on behalf of Creditor Philadelphia Federal Credit Union
efile.wjl@kaplaw.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

**5:24-bk-00727-MJC Notice will not be electronically mailed to:**

Debtor 1   James Alfred Cruz
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   24-00727 MJC

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Philadelphia Federal Credit Union
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor  _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes.  From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   Where should notices to the creditor be sent?
   
   **Cenlar FSB Attn BK Dept**
   Name
   
   **425 Phillips Blvd**
   Number       Street
   
   **Ewing, NJ 08618**
   City           State        Zip Code
   
   **609-883-3900**
   Contact phone
   
   **BKelectronicnotices@cenlar.com**
   Contact Email
   
   Where should payments to the creditor be sent? (if different)
   
   **Cenlar FSB Attn Payment Processing**
   Name
   
   **425 Phillips Blvd**
   Number       Street
   
   **Ewing, NJ 08618**
   City           State        Zip Code
   
   **609-883-3900**
   Contact phone
   
   **BKelectronicnotices@cenlar.com**
   Contact Email
   
   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes.  Claim number on court claims registry (if known) _____   Filed on _____
                                                                              MM  /  DD  / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes.  Who made the earlier filing?  _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor     **0124** |
|---|---|---|

| 7. | How much is this claim?    **$195,004.58** | **Does this amount include interest or other charges?**<br>☐ No<br>☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A). |
|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>**Money Loaned** |
|---|---|---|

| 9. | Is all or part of the claim secured? | ☐ No<br>☒ Yes.   The claim is secured by a lien on property.<br>        **Nature of property: 151 Legion Road Bloomsburg, PA 17815**<br><br>☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**    **Recorded Mortgage**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**              $_____<br>**Amount of the claim that is secured:** **$195,004.58**<br><br>**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition: $22,470.34**<br>**Annual Interest Rate** (when case was filed) **4.00%**<br><br>☒ Fixed<br>☐ Variable |
|---|---|

| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____ |
|---|---|---|

| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
|---|---|---|

242

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) | |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **05/30/2024**
                   MM / DD / YYYY

/s/ **Michael P. Farrington Esq. Attorney ID# 329636**
Signature

**Print the name of the person who is completing and signing this claim:**

Name    **Michael P. Farrington**
        First name      Middle name      Last name

Title   **Bankruptcy Attorney**

Company **KML Law Group, P.C.**
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address **701 Market Street, Suite 5000**
        Number    Street

        **Philadelphia**                          **PA**      **19106**
        City                                      State       ZIP Code

Contact phone  **(215) 825-6488**          Email  **mfarrington@kmllawgroup.com**

# Mortgage Proof of Claim Attachment (12/23)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate Instructions

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case Number: | 24-00727 MJC |
| Debtor 1 | James Alfred Cruz |
| Debtor 2 | |
| Last 4 Digits to Identify | 0124 |
| Creditor | Philadelphia Federal Credit Union |
| Servicer | Cenlar FSB |
| Fixed Accrual, Daily Simple Interest or Other | Fixed |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal Balance | $182,478.15 |
| Interest Due | $10,259.32 |
| MIP Amount | $0.00 |
| Fees / Costs Due | $222.86 |
| Escrow Def for Funds Advanced | $3,076.68 |
| Less Total Funds on Hand | $1,032.43 |
| TOTAL DEBT | $195,004.58 |

## Part 3: Arrearage As Of Date Of Petition

| | |
|---|---|
| Principal Due | $5,646.71 |
| Interest Due | $9,592.33 |
| Pre-petition Fees Due | $222.86 |
| Escrow Def For Funds Advanced | $3,076.68 |
| Projected Escrow Shortage | $4,964.19 |
| Less Total Funds on Hand | $1,032.43 |
| Total Prepetition Arrears | $22,470.34 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & Interest | $952.44 |
| Monthly Escrow | $551.56 |
| Mortgage Insurance | $0.00 |
| Total Monthly Payment | $1,504.00 |

## PART 5: Loan Payment History From First Date of Default

| A. mm/dd/yyyy Date | B. Contractual Payment Amount | C. + Funds Received | D. +/- Amount Incurred | E. Description from the list | F. Contractual Due Date | G. Prin Int & Esc Past Due Balance | H. + Amount to Principal | I. + Amount to Interest | J. +/- Amount to Escrow | K. +/- Amount to Fees or Charges | L. +/- Unapplied funds | M. Principal Balance | N. Accrued Interest Balance | O. Escrow Balance | P. Fees/Charges Balance | Q. Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| 9/1/2022 | 1,467.57 | | | Monthly Payment Due | 9/1/2022 | 1,467.57 | | | | | | | | | | |
| 9/23/2022 | 1,467.57 | 1,467.57 | | Monthly Payment Posted | 10/1/2022 | 0.00 | 340.48 | 611.96 | 515.13 | | | 183,163.09 | | 3,330.66 | 0.00 | 0.00 |
| 10/1/2022 | 1,467.57 | | | Monthly Payment Due | 10/1/2022 | 1,467.57 | | | | | | 183,163.09 | | 3,845.79 | 0.00 | 0.00 |
| 11/1/2022 | 1,467.57 | | | Monthly Payment Due | 10/1/2022 | 2,935.14 | | | | | | 183,163.09 | | 3,845.79 | 0.00 | 0.00 |
| 12/1/2022 | 1,467.57 | | | Monthly Payment Due | 10/1/2022 | 4,402.71 | | | | | | 183,163.09 | | 3,845.79 | 0.00 | 0.00 |
| 12/19/2022 | | | 349.07 | Prop Tax Disb | 10/1/2022 | 4,402.71 | | | (349.07) | | | 183,163.09 | | 3,496.72 | 0.00 | 0.00 |
| 1/1/2023 | 1,464.51 | | | Monthly Payment Due | 10/1/2022 | 5,867.22 | | | | | | 183,163.09 | | 3,496.72 | 0.00 | 0.00 |
| 1/23/2023 | | 1,467.57 | | Monthly Payment Posted | 11/1/2022 | 4,399.65 | 341.90 | 610.54 | 515.13 | | | 182,821.19 | | 4,011.85 | 0.00 | 0.00 |
| 2/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 5,864.16 | | | | | | 182,821.19 | | 4,011.85 | 0.00 | 0.00 |
| 3/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 7,328.67 | | | | | | 182,821.19 | | 4,011.85 | 0.00 | 0.00 |
| 4/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 8,793.18 | | | | | | 182,821.19 | | 4,011.85 | 0.00 | 0.00 |
| 4/3/2023 | | | 1,448.68 | Prop Tax Disb | 11/1/2022 | 8,793.18 | | | (1,448.68) | | | 182,821.19 | | 2,563.17 | 0.00 | 0.00 |
| 5/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 10,257.69 | | | | | | 182,821.19 | | 2,563.17 | 0.00 | 0.00 |
| 5/12/2023 | | | 2,628.89 | Prop Tax Disb | 11/1/2022 | 10,257.69 | | | (2,628.89) | | | 182,821.19 | | (65.72) | 0.00 | 0.00 |
| 5/19/2023 | | | 20.00 | Property Inspection | 11/1/2022 | 10,257.69 | | | | 20.00 | | 182,821.19 | | (65.72) | 20.00 | 0.00 |
| 5/22/2023 | | | 984.81 | Prop Tax Disb | 11/1/2022 | 10,257.69 | | | (984.81) | | | 182,821.19 | | (1,050.53) | 20.00 | 0.00 |
| 6/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 11,722.20 | | | | | | 182,821.19 | | (1,050.53) | 20.00 | 0.00 |
| 7/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 13,186.71 | | | | | | 182,821.19 | | (1,050.53) | 20.00 | 0.00 |
| 7/17/2023 | | | 47.62 | Late Charge | 11/1/2022 | 13,186.71 | | | | 47.62 | | 182,821.19 | | (1,050.53) | 67.62 | 0.00 |
| 7/20/2023 | | | 20.00 | Property Inspection | 11/1/2022 | 13,186.71 | | | | 20.00 | | 182,821.19 | | (1,050.53) | 87.62 | 0.00 |
| 8/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 14,651.22 | | | | | | 182,821.19 | | (1,050.53) | 87.62 | 0.00 |
| 8/15/2023 | | | 2,541.28 | Prop Tax Disb | 11/1/2022 | 14,651.22 | | | (2,541.28) | | | 182,821.19 | | (3,591.81) | 87.62 | 0.00 |
| 8/17/2023 | | | 47.62 | Late Charge | 11/1/2022 | 14,651.22 | | | | 47.62 | | 182,821.19 | | (3,591.81) | 135.24 | 0.00 |
| 8/21/2023 | | | 20.00 | Property Inspection | 11/1/2022 | 14,651.22 | | | | 20.00 | | 182,821.19 | | (3,591.81) | 155.24 | 0.00 |
| 9/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 16,115.73 | | | | | | 182,821.19 | | (3,591.81) | 155.24 | 0.00 |
| 9/13/2023 | | | 20.00 | Property Inspection | 11/1/2022 | 16,115.73 | | | | 20.00 | | 182,821.19 | | (3,591.81) | 175.24 | 0.00 |
| 9/18/2023 | | | 47.62 | Late Charge | 11/1/2022 | 16,115.73 | | | | 47.62 | | 182,821.19 | | (3,591.81) | 222.86 | 0.00 |
| 10/1/2023 | 1,464.51 | | | Monthly Payment Due | 11/1/2022 | 17,580.24 | | | | | | 182,821.19 | | (3,591.81) | 222.86 | 0.00 |
| 10/11/2023 | | | 20.00 | Property Inspection | 11/1/2022 | 17,580.24 | | | | 20.00 | | 182,821.19 | | (3,591.81) | 242.86 | 0.00 |
| 10/17/2023 | | | 47.62 | Late Charge | 11/1/2022 | 17,580.24 | | | | 47.62 | | 182,821.19 | | (3,591.81) | 290.48 | 0.00 |
| 10/23/2023 | | | (47.62) | Late Charge Waived | 11/1/2022 | 17,580.24 | | | | (47.62) | | 182,821.19 | | (3,591.81) | 242.86 | 0.00 |
| 10/24/2023 | | | (20.00) | Property Inspection | 11/1/2022 | 17,580.24 | | | | (20.00) | | 182,821.19 | | (3,591.81) | 222.86 | 0.00 |
| 10/30/2023 | | 500.00 | | Payment To Unapplied | 11/1/2022 | 17,580.24 | | | | | 500.00 | 182,821.19 | | (3,591.81) | 222.86 | 500.00 |
| 11/1/2023 | 1,464.51 | | | Monthly Payment Due | 12/1/2022 | 19,044.75 | | | | | | 182,821.19 | | (3,591.81) | 222.86 | 500.00 |
| 11/27/2023 | | 400.00 | | Payment To Unapplied | 12/1/2022 | 19,044.75 | | | | | 400.00 | 182,821.19 | | (3,591.81) | 222.86 | 900.00 |
| 12/1/2023 | 1,464.51 | | | Monthly Payment Due | 12/1/2022 | 20,509.26 | | | | | | 182,821.19 | | (3,591.81) | 222.86 | 900.00 |
| 12/18/2023 | | 1,467.57 | | Monthly Payment Posted | 12/1/2022 | 19,041.69 | 343.04 | 609.40 | 515.13 | | (867.57) | 182,478.15 | | (3,076.68) | 222.86 | 32.43 |
| 1/1/2024 | 1,504.00 | | | Monthly Payment Due | 12/1/2022 | 20,545.69 | | | | | | 182,478.15 | | (3,076.68) | 222.86 | 32.43 |
| 1/11/2024 | | 500.00 | | Payment To Unapplied | 12/1/2022 | 20,545.69 | | | | | 500.00 | 182,478.15 | | (3,076.68) | 222.86 | 532.43 |

## Part 1: Mortgage and Case Information

| Field | Value |
|---|---|
| Case Number: | 24-00727 MJC |
| Debtor 1 | James Alfred Cruz |
| Debtor 2 | |
| Last 4 Digits to Identify | 0124 |
| Creditor | Philadelphia Federal Credit Union |
| Servicer | Cenlar FSB |
| Fixed Accrual, Daily Simple Interest or Other | Fixed |

## Part 2: Total Debt Calculation

| Field | Value |
|---|---|
| Principal Balance | $182,478.15 |
| Interest Due | $10,259.32 |
| MIP Amount | $0.00 |
| Fees / Costs Due | $222.86 |
| Escrow Def for Funds Advanced | $3,076.68 |
| Less Total Funds on Hand | $1,032.43 |
| TOTAL DEBT | $195,004.58 |

## Part 3: Arrearage As Of Date Of Petition

| Field | Value |
|---|---|
| Principal Due | $5,646.71 |
| Interest Due | $9,592.33 |
| Pre-petition Fees Due | $222.86 |
| Escrow Def For Funds Advanced | $3,076.68 |
| Projected Escrow Shortage | $4,964.19 |
| Less Total Funds on Hand | $1,032.43 |
| Total Prepetition Arrears | $22,470.34 |

## Part 4: Monthly Mortgage Payment

| Field | Value |
|---|---|
| Principal & Interest | $952.44 |
| Monthly Escrow | $551.56 |
| Mortgage Insurance | $0.00 |
| Total Monthly Payment | $1,504.00 |

## PART 5: Loan Payment History From First Date of Default

| | A. | B. | Account Activity C. | D. | E. | F. | G. | H. | How Funds Were Applied / Amount Incurred I. | J. | K. | L. | Balance After Amount Received or Incurred M. | N. | O. | P. | Q. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Funds Received | Amount Incurred | | | | | | | | | | | | | |
| | | Contractual Payment Amount | | | | Contractual Due Date | Prin Int & Esc Past Due Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| mm/dd/yyyy | + | + | + | +/- | from the list | | calculated | + | + | +/- | +/- | +/- | calculated | calculated | calculated | calculated | calculated |
| Date | | | | | Description | | | | | | | | | | | | |
| 2/1/2024 | | 1,504.00 | | | Monthly Payment Due | 12/1/2022 | 22,049.69 | | | | | | 182,478.15 | | (3,076.68) | 222.86 | 532.43 |
| 2/29/2024 | | | 500.00 | | Payment To Unapplied | 12/1/2022 | 22,049.69 | | | | | 500.00 | 182,478.15 | | (3,076.68) | 222.86 | 1,032.43 |
| 3/1/2024 | | 1,504.00 | | | Monthly Payment Due | 12/1/2022 | 23,553.69 | | | | | | 182,478.15 | | (3,076.68) | 222.86 | 1,032.43 |
| 3/27/2024 | | | | | Current BK Filed | 12/1/2022 | 23,553.69 | | | | | | 182,478.15 | | (3,076.68) | 222.86 | 1,032.43 |